UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLUMBIA AIR SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY MANAGEMENT TRUST COMPANY, <br><br> Defendant. | CIVIL ACTION <br> No. 1:07-cv-11344-GAO |

### DEFENDANT'S MOTION TO DISMISS
### PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant Fidelity Management Trust Company ("Defendant") respectfully moves this Court for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Class Action Complaint in this matter for the reasons set forth in the accompanying Memorandum in Support of Defendant's Motion to Dismiss Plaintiff's Class Action Complaint, and granting such other and further relief as the Court deems just and proper.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendant hereby requests oral argument on this Motion.

Dated: September 26, 2007

Respectfully submitted,

/s/ James O. Fleckner
James S. Dittmar (BBO #126320)
David J. Apfel (BBO #551139)
James O. Fleckner (BBO #641494)
Alison V. Douglass (BBO #646861)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

Robert N. Eccles (*admitted pro hac vice*)
Brian D. Boyle (*admitted pro hac vice*)
Shannon D. Barrett (*admitted pro hac vice*)
Stephen D. Brody (*admitted pro hac vice*)
O'MELVENY & MYERS, LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant Fidelity Management Trust Company*

## **LOCAL RULE 7.1(A)(2) CERTIFICATE**
## **AND CERTIFICATE OF SERVICE**

I, James O. Fleckner, counsel for Defendant Fidelity Management Trust Company, hereby certify that I conferred on September 20, 2007 with counsel for Plaintiff Columbia Air Services, Inc., on the matter set forth herein in a good faith effort to resolve or narrow the issues presented in this motion prior to filing, and that counsel for the parties were unable to resolve or narrow the issues.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2007.

                                                          /s/ James O. Fleckner
                                                             James O. Fleckner