UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLUMBIA AIR SERVICES, INC. individually and on behalf of all others similarly situated
        Plaintiff(s)

v.                        CIVIL ACTION NO.  07-11344-GAO

FIDELITY MANAGEMENT TRUST COMPANY
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

 O'TOOLE         , D.J.

X    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Pursuant to the court's Opinion and Order, dated September 30, 2008, the defendant's motion to dismiss (dkt. No.14) is GRANTED, and the complaint is DISMISSED.**

                        SARAH A. THORNTON,
                        CLERK OF COURT

Dated: 9/30/08                    By  /s/ Paul Lyness
                                                  Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)